UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE SEARCH WARRANT | Case No.: 3:23MJ1103 (MEG) |
|---|---|

### ORDER REGARDING PROMPT FILING OF SEARCH WARRANT RETURN

The government has applied for, and the Court has issued, a search warrant authorizing the search and seizure of property identified in the Attachments to the warrant. The warrant specifically includes the following direction: "Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken. The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory to the Honorable Maria E. Garcia. If the search warrant return is not docketed within thirty (30) days from the date the warrant is issued, the government is directed to file a motion on the docket indicating the reasons for the delay and requesting a date by which the warrant return will be filed.

SO ORDERED this 26th day of December 2023 at New Haven, Connecticut.

/s/ Maria E. Garcia
 HON.
UNITED STATES MAGISTRATE JUDGE